IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-00139 (FL)

---

COACH, INC. and COACH SERVICES, INC.,

Plaintiffs,

v.

THE HAIR VILLA SALON, JAMIE TAYLOR, INDIVIDUALLY AND D/B/A THE HAIR VILLA SALON, and DOES 1 through 100,

Defendants.

Hon. Louise Wood Flanagan

[PROPOSED] ORDER ON MOTION FOR DEFAULT

---

This cause came before the Court on the *Motion for Entry of Default* ("Motion"), filed by Plaintiffs Coach, Inc. and Coach Services, Inc. The Court, having considered the Motion and otherwise being duly advised, now finds and concludes that:

1. The Hair Villa Salon was served with a copy of the Summons and Complaint on April 5, 2011.

2. Jamie Taylor was served with a copy of the Summons and Complaint on April 5, 2011.

3. To date, neither The Hair Villa Salon nor Jamie Taylor have filed an answer to Plaintiffs' Complaint or other responsive pleading.

4. The time for filing a responsive pleading to the Complaint has not been extended by the Court.

169112.1

5. Pursuant to Fed. R. Civ. P. 55(a), default is entered against the following parties: The Hair Villa Salon and Jamie Taylor.

IT IS SO ORDERED.

Dated: September 27, 2011

DENNIS P. IAVARONE, CLERK

Prepared by:
BRYAN CAVE LLP
By: /s/ Donald A. Cole
Attorney for Plaintiffs
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Tel: (312) 602-5000
Fax: (312) 698-7428
Illinois ARDC # 6299318