IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-139-FL

| | |
|---|---|
| COACH, INC. and<br>COACH SERVICES, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HAIR VILLA SALON; )<br>JAMIE TAYLOR, individually and d/b/a/ )<br>The Hair Villa Salon; and )<br>DOES 1 through 100, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on defendants' suggestion of bankruptcy, notice of which was filed October 19, 2011, by plaintiffs. Pursuant to this filing, it appears to the court that defendants The Hair Villa Salon and Jamie Taylor, individually and d/b/a/ The Hair Villa Salon, have filed a Chapter 13 bankruptcy petition in the Eastern District of North Carolina, Case No.11-bk-07067-8-SWH, and is thus entitled to the protections of the automatic stay provisions of 11 U.S.C. § 362.

Therefore, this action is hereby STAYED with respect to defendants The Hair Villa Salon and Jamie Taylor, individually and d/b/a/ The Hair Villa Salon, during the pendency of the bankruptcy case or until such time as the bankruptcy court shall order otherwise. Counsel for plaintiffs is DIRECTED to notify the court immediately upon the conclusion of the bankruptcy proceedings **by filing with this court a notice stating the disposition of the bankruptcy case and including the final order in the bankruptcy matter or other disposing order issued by the**

**bankruptcy court.** The Clerk of Court is DIRECTED to remove this matter from the court's pretrial and trial calendars.

SO ORDERED, this 21st day of November, 2011.

_____
LOUISE W. FLANAGAN
United States District Judge